1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  PETER B. AXELROD (CSBN 190843)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
7  Telephone: (415) 436-6774

8  Attorneys for Plaintiff

9                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11                       SAN FRANCISCO DIVISION

12 | UNITED STATES OF AMERICA,       )   No. CR 05-00395 CRB
                                    )
13 |         Plaintiff,              )
                                    )   NOTICE OF DISMISSAL
14 |         v.                      )
                                    )
15 | FRED A. FRAZIER, TRONG DU       )
   | NGUYEN, ADHI NASHASHIBI,       )   (San Francisco Venue)
16 |                                )
   |         Defendants.             )
17 |                                )

18     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
19 United States Attorney for the Northern District of California dismisses the above indictment
20 with respect to the above-captioned individuals without prejudice.
21
22 DATED:              Respectfully submitted,
23                     KEVIN V. RYAN
                       United States Attorney
24
                       /s/ Eumi L. Choi
25
                       EUMI L. CHOI
26                     Chief, Criminal Division
27
28

NOTICE OF DISMISSAL
CR 05-00395 CRB

1  Leave is granted to the government to dismiss the indictment with respect to defendants Fred
2  A. Frazier, Trong Du Nguyen and Adhi Nashashibi.
3
4  Date: January 30, 2006

